HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
NITOJ P. SINGH (SBN: 265005)
nsingh@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Second Measure, Inc., Michael Babineau,
and Lillian Chou

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECOND MEASURE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN KIM, an individual,<br><br>Defendant,<br><br>AND RELATED COUNTERCLAIMS. | Case Number: 3:15-CV-03395<br><br>**NOTICE OF JOINDER AND JOINDER OF COUNTERCLAIM DEFENDANTS MICHAEL BABINEAU AND LILLIAN CHOU TO SECOND MEASURE INC.'S PENDING MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6), AND, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e)**<br><br>Judge:     Hon. Joseph C. Spero<br>Date:       October 9, 2015<br>Time:      9:30 a.m.<br>Courtroom:  Courtroom G, 15th Floor |



1

Michael Babineau and Lillian Chou's Joinder to Motion to Dismiss        Case No.  3:15-CV-03395

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Counterclaim Defendants Michael Babineau ("Babineau") and Lillian Chou ("Chou") hereby join in the Motion to Dismiss Pursuant to Fed. Rule. Civ. Proc. Rule 12(b)(6), and, in the alternative, Motion for a More Definite Statement Pursuant to Fed. Rule. Civ. Proc. Rule 12(e), filed by Counterclaim Defendant Second Measure, Inc. on August 28, 2015 ("Motion to Dismiss," Dckt. No. 11), and pending before this Court. Mr. Babineau and Ms. Chou respectfully requests that any relief ordered by the Court relative to the Motion to Dismiss also be ordered in favor of Mr. Babineau and Ms. Chou.

Respectfully submitted,

Date: May 8, 2015                               DHILLON LAW GROUP INC.

                                                By:  */s/ Nitoj P. Singh*
                                                     Nitoj P. Singh

                                                Attorneys for Second Measure Inc., Michael Babineau, and Lillian Chou



Michael Babineau and Lillian Chou's Joinder to Motion to Dismiss                    Case No.  3:15-CV-03395