1  THOMAS V. CHRISTOPHER (SBN#185928)
   Thomas@ThomasChristopherLaw.com
2  THE LAW OFFICES OF THOMAS V. CHRISTOPHER
   555 California Street, Suite 4925
3  San Francisco, California 94104
   Telephone: (415) 659-1805
4  Facsimile:  (415) 659-1950

5  Attorney for Defendant and Counterclaim
   Plaintiff STEVEN KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECOND MEASURE, INC., a Delaware Corporation, | CASE NO.: 3:15-CV-03395 |
| Plaintiff, | **STIPULATED REQUEST BY ALL PARTIES TO MODIFY CASE MANAGEMENT SCHEDULE** |
| v. | STIPULATION IS GRANTED IN PART, DENIED IN PART. |
| STEVEN KIM, INC., an individual, | |
| Defendant(s). | |
| And Related Counterclaims | |

STIPULATION RE SCHEDULE                                            CASE NO. 3:15-CV-03395

WHEREAS, by order dated November 12, 2016, this Court established a non-expert discovery cut off date and deadline for expert disclosures required by the Federal Rules of Civil Procedure of May 2, 2016, and a cut off date for expert discovery of May 16, 2016;

WHEREAS, Nitoj P. Singh, counsel for Plaintiff and Counterclaim Defendant Second Measure, Inc. ("Second Measure"), Counterclaim Plaintiffs and Defendants Michael Babineau and Lillian Chou, will be traveling out of the country, and generally unavailable, from May 7, 2016 to May 21, 2016;

WHEREAS, a dispute has arisen among the parties regarding whether certain documents and information regarding the financial results and financial value of Plaintiff and Counterclaim Defendant Second Measure, Inc. are required to be provided in discovery to Defendant and Counterclaim Plaintiff Steven Kim ("Mr. Kim");

WHEREAS, the parties, through their counsel, are currently working in good faith to resolve that dispute without the intervention of the Court;

WHEREAS, Mr. Kim contends that the financial documents and information that have not been provided are essential to allow an expert to value Second Measure for the purposes of reaching an expert opinion regarding damages in the action;

WHEREAS, the parties seek to continue certain discovery deadlines so as to limit costs incurred prior to a further mediation in this action, in an effort to facilitate settlement;

WHEREAS, all parties to this action have agreed, subject to Court approval, to extend the deadline for non-expert discovery by approximately 40 days to June 13, 2016, expert disclosures and expert discovery by 60 days, until and including July 1, 2016 for expert disclosures, and July 14, 2016, for expert discovery, and to move the date for hearing on all dispositive and Daubert Motions from July 22, 2016, until September 22, 2016, or such other date as may be convenient to the Court;

1  WHEREAS, the extension of these deadlines will serve the interests of judicial economy
2  and efficiency by permitting all parties to continue meeting and conferring in good faith to work
3  out their discovery dispute without the necessity of either party seeking Court intervention in the
4  discovery dispute at this time;

5  **THE PARTIES HEREBY STIPULATE THAT:**

7  1.  The cut off for non-expert discovery is extended from May 2, 2016, until and including
8  June 13, 2016;

9  2.  The deadline for expert disclosures required by the Federal Rules of Civil Procedure is
10 extended from May 2, 2016, until July 1, 2016.

11 3.  The cut off for expert discovery is extended from May 16, 2016, until and including
12 July 14, 2016.

14 ~~4.  All dispositive motions and Daubert motions shall be heard on September 22, 2016.~~   - JCS
   The Court will not change the dispositive motion hearing/Daubert motions, final pretrial conference
15 DATED: April 6, 2016   and jury trial dates.

17 THE LAW OFFICES OF THOMAS V. CHRISTOPHER

18 By: /s/ Thomas Christopher_____
           THOMAS CHRISTOPHER

    thomas@thomaschristopherlaw.com
20          Attorney for
           STEVEN KIM

22 DHILLON LAW GROUP INC.

23 By: /s/ Nitoj P. Singh_____
           NITOJ P. SINGH

25   nsingh@dhillonlaw.com
          Attorneys for
26  SECOND MEASURE, INC.,
    MICHAEL BABINEAU and
27      LILLIAN CHOU

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: April 7, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge