THOMAS V. CHRISTOPHER (SBN#185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile: (415) 659-1950

Attorney for Defendant- Counterclaim Plaintiff
STEVEN KIM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECOND MEASURE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN KIM, an individual,<br><br>Defendant. | CASE NO.: 3:15-cv-03395-JCS<br><br>**DEFENDANT AND COUNTERCLAIM PLAINTIFF STEVEN KIM'S PROPOSED VERDICT FORM**<br><br>Judge: Hon. Joseph C. Spero<br>Pretrial Conf.: May 19, 2017<br>Time: 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Trial Date: June 1, 2017 |
| AND RELATED COUNTERCLAIMS. | |

1 | Defendant and counterclaim plaintiff Steven Kim respectfully submits this separate verdict form pursuant to Item III.6. of the Court's November 2, 2016 Case Management and Pretrial Order.

Respectfully submitted,

DATED: April 18, 2017

        THE LAW OFFICES OF THOMAS V. CHRISTOPHER

        By:  /s/ Thomas Christopher
            THOMAS CHRISTOPHER

        thomas@thomaschristopherlaw.com
        Attorney for Defendant and
        Counterclaim-plaintiff
        STEVEN KIM

**GENERAL VERDICT WITH WRITTEN QUESTIONS**

**Question No. 1**: Do you find that Mr. Kim and Mr. Babineau were partners?

___ Yes    ___ No

If you answered "Yes" to Question No. 1, go to Question Number 2.  If you answered No you can skip Questions 2 through 6 below.

**Question No. 2:**  Do you find that Ms. Chou was also a partner of Mr. Kim and Mr. Babineau, meaning all three were partners of each other?

___ Yes    ___ No

**Question No. 3:**  Do you find that Mr. Babineau breached any fiduciary duty owed to Mr. Kim?

___ Yes    ___ No

If you answered Yes to Question 3, what is the amount of damages suffered by Mr. Kim as a result of Mr. Babineau's breach of fiduciary duty?   $_____.

**Question No. 4:** If you answered Yes to Question No. 3, do you find that Ms. Chou aided or abetted a breach of fiduciary duty by Mr. Babineau?

___ Yes    ___ No

**Question No. 5:** If you answered Yes to Question No. 3, do you find that Second Measure, Inc., aided or abetted that breach of fiduciary duty?

___ Yes ___ No

**Question No. 6:** If you answered Yes to Question No. 3, do you find that Second Measure, Inc., is vicariously liable for Mr. Babineau's breach of fiduciary duty?

___ Yes ___ No

**Question No. 7:** Do you find that Mr. Babineau engaged in a conversion of property rightfully belonging to Mr. Kim?

___ Yes ___ No

If Yes, what was the amount of damages Mr. Kim suffered as a result of that conversion?  $ _____.

**Question No. 8:** Do you find that Ms. Chou engaged in a conversion of property rightfully belonging to Mr. Kim?

___ Yes ___ No

If Yes, what was the amount of damages Mr. Kim suffered as a result of that conversion?  $ _____.

**Question No. 9:** Do you find that Second Measure, Inc. engaged in a conversion of property rightfully belonging to Mr. Kim?

\_\_\_ Yes   \_\_\_ No

If Yes, what was the amount of damages Mr. Kim suffered as a result of that conversion?  $_____.

**Question No. 10:** Do you find that Mr. Kim entered into a consulting agreement with Second Measure, Inc?

\_\_\_ Yes \_\_\_ No

**Question No. 11:**  If you answered Yes to Question No. 10, do you find that Mr. Kim breached that consulting agreement?

\_\_\_ Yes \_\_\_ No

If you answered Yes, what amount of damages did Second Measure Inc., suffer as a result of that breach? $_____.

**Question No. 12:** If you answered No to Question No. 1, do you find that Mr. Kim provided valuable services to Mr. Babineau for which he was never paid?

\_\_\_ Yes \_\_\_ No

If Yes, what was the reasonable value of those services?  $_____.

Thank you for your service.  Please sign this verdict form on the line below.

-4-

_____                                          _____
       Date                                                                    Foreperson